# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GREEN,<br><br>            Plaintiff,<br><br>    v.<br><br>HARRY GORDON BROWN, et al.,<br><br>            Defendants. | Case No.  1:15-cv-00709-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

The Court conducted a settlement conference in this action on November 30, 2015, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents within forty-five days from the date of service of this order; and
3. This Court shall retain jurisdiction to address any settlement agreement issues arising prior to dismissal of the case.

IT IS SO ORDERED.

Dated:   **November 30, 2015**                              /s/ [signature]
                                                            UNITED STATES MAGISTRATE JUDGE

1