1  Tanya E. Moore, SBN 206683
   M<small>OORE</small> L<small>AW</small> F<small>IRM</small>, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Lawrence Green

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GREEN, | ) No.  1:15-cv-00709-BAM |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF** |
| vs. | ) **ACTION;   ORDER** |
| HARRY GORDON BROWN dba CENTRAL TIRE CO., et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Lawrence Green and Defendants Merle Bradford dba Central Tire Co. and James W. Hutchings, Trustee of the James William Hutchings Family Trust, dated May 15, 1995, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: January 5, 2016              MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Lawrence Green

Date: January 5, 2016               LAW OFFICE OF LANCE E. ARMO

                                    */s/ Lance E. Armo*
                                    Lance E. Armo
                                    Attorney for Defendants,
                                    Merle Bradford dba Central Tire Co. and James
                                    W. Hutchings, Trustee of the James William
                                    Hutchings Family Trust, dated May 15, 1995

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.  The Clerk of the Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated:  **January 6, 2016**              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE